TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
DANIEL J. COWHIG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
daniel.cowhig@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TREYVON JAMEEL CURRIE, et al.<br><br>Defendant. | Case No. 2:26-cr-182-APG-EJY<br><br>MOTION TO UNSEAL INDICTMENT<br>[ECF No. 10] |

The sealed defendant having been arrested in the District of Arizona and having appeared before the court on the instant matter in that District, conditions that would permit portions of the Indictment to remain under seal are no longer present. The United States respectfully requests this Honorable Court unseal ECF No. 10.

Respectfully submitted this October 21, 2026.

DANIEL J. COWHIG
Assistant United States Attorney

IT IS SO ORDERED this October 21, 2026.

THE HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE